**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 75 MAL 2023

Respondent

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.

WYATT LEE RICKRODE,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.